IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN LOPRESTI | : | CIVIL ACTION |
| v. | : | No. 12-2832 |
| COUNTY OF LEHIGH, et al. | : | |

**ORDER**

AND NOW, this 6th day of June, 2013, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendant American Federation of State, County and Municipal Employees District Council 88, Local 543, AFL-CIO's (AFSCME) Motion for Summary Judgment (Documents 31) is GRANTED. Judgment is entered in favor of AFSCME and against Plaintiff Kathleen Lopresti on Count III of the Complaint.

It is further ORDERED Defendant County of Leigh's Motion for Summary Judgment (Document 30) is GRANTED. Judgment is entered in favor of the County and against Lopresti on Count IV of the Complaint.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

\_\_\_/s/ Juan R. Sánchez_____
Juan R. Sánchez